FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 DEC 13 AM 11: 11

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**GEORGINA RAMIREZ**,<br><br>    Defendant. | )<br>)<br>)  CRIMINAL NO. 23-1808 KG<br>)<br>)  Count 1: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I)<br>)  and (a)(1)(B)(iv): Conspiracy to Transport<br>)  Illegal Aliens, Resulting in the Death of<br>)  Any Person;<br>)<br>)  Count 2: 18 U.S.C. § 758:  High Speed<br>)  Flight from Immigration Checkpoint. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about September 20, 2023, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **GEORGINA RAMIREZ**, unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 8 U.S.C. § 1324(a)(1)(A)(ii), specifically, transporting illegal aliens, which resulted in the death of any person.

In violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and (a)(1)(B)(iv).

Count 2

On or about September 20, 2023, in Doña Ana County, in the District of New Mexico, the defendant, **GEORGINA RAMIREZ**, unlawfully, knowingly, and intentionally fled and evaded a checkpoint operated by United States Border Patrol and any other Federal law

enforcement agency, in a motor vehicle, and did flee Federal, State, and local law enforcement agents in excess of the legal speed limit.

In violation of 18 U.S.C. § 758.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*SMD 12/6/2023*