# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **23-1808 KG** | USA vs.: | **RAMIREZ** | |
| Date: | **6/12/2025** | Name of Deft: | **GEORGINA RAMIREZ** | |
| Before the Honorable: | | **KENNETH J. GONZALES, CHIEF UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: | **10:11 AM – 11:51 AM** | Total Time in Court (for JS10): | **40 MINUTES** | |
| Clerk: | **L. ROTONDA** | Court Reporter: | **V. ALYCE CHAVEZ** | |
| AUSA: | **KIRK WILLIAMS** | Defendant's Counsel: | **PEDRO PINEDA** | |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** | |
| Probation Officer: | **NEAL STERN** | Sworn? | Yes | No |
| Convicted on: | **X** Plea / Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | **1, 2** | |
| If Plea Agreement: | **X** Accepted / Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **4/16/2024** | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | |

### SENTENCE IMPOSED

| | | |
|---|---|---|
| Imprisonment (BOP): | **120 MONTHS IS IMPOSED AS TO COUNT 1, AND 60 MONTHS IS IMPOSED AS TO COUNT 2; SAID TERMS WILL RUN CONCURRENTLY.** | |
| Supervised Release: | **3 YEARS IS IMPOSED AS TO EACH OF COUNTS 1 AND 2; SAID TERMS WILL RUN CONCURRENTLY.** | Probation: |
| 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulations | | Community service for ___ months ___ days |
| **X** | Participate in/successfully complete subst abuse program AND testing up to a maximum of 60 tests per year. | | Reside halfway house ___ months ___ days |
| **X** | Participate in a mental health treatment program AND take all mental health medications prescribed | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol testing up to a maximum of 4 tests per day. | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Participate in an educational or vocational program |
| | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Grant limited waiver of confidentiality (MH and SA programs) | | Restricted from occupation with access to children |

| | | | | |
|---|---|---|---|---|
| Fine: $ | **0.00** | Restitution: $ | **0.00** | |
| SPA: $ | **200.00**  ($100) as to each Count | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **FCI BRYAN, TX, IF ELIGIBLE, AND THAT THE DEFENDANT PARTICIPATE IN RDAP.** | |

|  | Dismissed Counts: |  |
|---|---|---|
| OTHER COMMENTS: |  | COURT CALLS CASE, COUNSEL ENTER APPEARANCES. AUSA ARGUES IN SUPPORT OF RECOMMENDED SENTENCE. DEFENSE COUNSEL RESPONDS, ARGUES IN SUPPORT OF OBJECTIONS TO PSR, COURT OVERRULES SAME. COURT IMPOSES SENTENCE. AUSA ADDRESSES COURT TO CONFIRM CERTAIN MATTERS FOR RECORD. |